IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CV-00508-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| $35,835.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the motion of the United States for the stay of the instant civil forfeiture proceedings for 180 days pursuant to 18 U.S.C. § 981(g)(1), it is hereby

ORDERED that this proceeding is stayed for a period of 180 days from the date issuance of this Order. Prior to the end of the stay, the parties will confer and propose to the Court an Amended Discovery Plan. If either party seeks an extension of the stay, an appropriate motion should be filed prior to the termination of this stay.

SO ORDERED, this __7__ day of September, 2021.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE