IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CV-00508-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| v. | ) | |
| | ) | |
| $35,835.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal and its supporting memorandum, it is hereby ORDERED that the Government's Memorandum of Law in Support of Motion to Seal filed *Ex Parte* and Under Seal [DE-15], Memorandum in Support of Motion to Stay filed *Ex Parte* and Under Seal [DE-14] and its Exhibit A – Declaration of Special Agent Timothy Thiel [DE-14-1], shall be sealed by the Clerk until further order of the Court.

SO ORDERED, this \_\_7\_\_ day of September, 2021.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE