IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-00508-BO

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $35,385.00 IN U.S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On motion by the United States, and for good cause shown, it is

ORDERED that the discovery period is reopened for a period of 120 days from the date of this Order, resulting in a new discovery deadline of ___7/19/2023___.

SO ORDERED this 21 day of March 2023.
31

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1