UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| $35,835.00 IN U.S. CURRENCY, | ) ) | |
| Defendant. | ) ) | 5:20-CV-508-BO |
| and | ) ) | |
| AWWAD MOHAMMED, | ) ) | |
| Claimant. | ) ) ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that claimant's motion to suppress [DE 49] is DENIED and plaintiff's motion for summary judgment [DE 55] is GRANTED.

This case is closed.

**This judgment filed and entered on September 12, 2023, and served on:**
Michael James (via CM/ECF NEF)
Chad Axford (via CM/ECF NEF)
William Pruden (via CM/ECF NEF)

September 12, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk